**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In the Matter of: ) | |
| ) | Case No. 17-27627 |
| INEVA BUSH THORPE ) | |
| ) | Chapter 7 |
| Debtor. ) | |

### APPEARANCE

The undersigned, a duly qualified attorney admitted to practice before this Court, hereby enters an Appearance in the above-captioned matter on behalf of the creditor, The Peoples Gas Light and Coke Company, and requests that all notices, pleadings, and other documents filed and/or served in this case be sent to:

Berkely Cobb
ARDC No. 6317329
Grant Law, LLC
230 West Monroe Street
Suite 240
Chicago, IL 60606 (312) 551-0111
bcobb@grantlawllc.com


Respectfully submitted,

**THE PEOPLES GAS LIGHT AND
COKE COMPANY**


By: /s/ Berkely Cobb
      One of Its Attorneys